PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 5:24-po-00086-CDB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO MODIFY MOTION SCHEDULE; [~~PROPOSED~~] ORDER |
| COREY A. SAATHOFF, | |
| Defendant. | Date:  August 6, 2024<br>Time:  10:00 a.m.<br>Court: Hon. Christopher D. Baker |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, and Assistant Federal Defender Laura Myers, counsel for Corey A. Saathoff, that the Court modify the motion schedule and motion hearing in these matters as follows:

| | New Date |
|---|---|
| United States' Opposition to the Motions to Dismiss | June 11, 2024 |
| Defendant's Reply | June 18, 2024 |
| Hearing | August 6, 2024 |

The United States requires additional time to respond to Defendant's motions to dismiss. Undersigned counsel is engaged with ongoing investigations in other, unrelated matters, that will take up

much of the available time in the next few weeks.

Defense counsel will be out of the office on July 2, 2024, and so requests that the motion hearing be scheduled for August 6, 2024, at 10:00 a.m.

Given the briefing and pending motion, the parties also request that the status conference currently scheduled for June 4, 2024, be vacated.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  May 23, 2024      */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 23, 2024       */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
COREY A. SAATHOFF

## **O R D E R**

The parties' stipulated briefing scheduled is HEREBY ADOPTED, the motion hearing is set for August 6, 2024, at 10:00am, and the status conference set for June 4, 2024, at 10:00am, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **May 24, 2024**                    _____
UNITED STATES MAGISTRATE JUDGE