PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 5:24-po-00086-CDB |
| Plaintiff, | [Citation #9678176, CA14] |
| v. | |
| COREY A. SAATHOFF, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00086-CDB [Citation #9678176, CA14] against COREY A. SAATHOFF (or "Defendant"), without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

    The United States believes that Defendant's pending motion to dismiss will become moot following an order granting the United States' motion. The filing of the United States's motion, however, should not be construed as any indication of the United States's views as to the merits of Defendant's pending motion. *See also United States v. Drake*, 543 F.3d 1080, 1089–90 (9th Cir. 2008).

///

///

///

| | |
|---|---|
| DATED: May 31, 2024 | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| | By:  /s/ *Chan Hee Chu*<br>CHAN HEE CHU<br>Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P. (Doc. 10), that Case No. 5:24-po-00086-CDB [Citation #9678176, CA14] against Defendant COREY A. SAATHOFF be dismissed, without prejudice, in the interest of justice.

And IT IS FURTHER ORDERED, given the dismissal, that the motion of Defendant Corey A. Saathoff to dismiss (Doc. 7) be DENIED AS MOOT.

IT IS SO ORDERED.

Dated: __May 31, 2024__         _____
                               UNITED STATES MAGISTRATE JUDGE